IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. AW-09-0396 |
| **CORDERO WILSON** | * | |

* * * * *

## MOTION TO MODIFY RELEASE CONDITIONS

The Defendant, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Paula Xinis, Assistant Federal Public Defender, respectfully petitions this Honorable Court, in accordance with 18 U.S.C. §3145(a), to modify his conditions of release. In support of this request, the Defendant states as follows:

l.     Mr. Wilson has been found indigent and the Office of the Federal Public Defender was appointed to represent him on August 7, 2009.

2.     At a hearing held on August 11, 2009, the Court ordered Mr. Wilson released pending his trial on a number of conditions, including home detention with electronic monitoring with permission to attend legal and medical visits.

3.     Mr. Wilson is currently being supervised by Pretrial Services Officer, Timothy Smith.

4.     Mr. Wilson requests permission to leave his residence for two specific occasions. First, his girlfriend's father, Samuel McMichael, recently died due to complications from a leg amputation. The funeral will be held this Friday, August 21, 2009, at 10:00 a.m. at the House of Prayer, 8513 Central Avenue, Capitol Heights, Maryland. Mr. Wilson wishes to attend the funeral ceremony only.

5. <u>Second</u>, the Social Security Administration has scheduled an appointment for Mr. Wilson to meet with the Administration regarding his benefits on August 28, 2009 at 10:00 a.m. According to the Social Security Administration, Mr. Wilson's presence is required.

6. Undersigned counsel has spoken with Mr. Wilson's Pretrial Officer, Mr. Smith, who does not oppose these requests.

7. Counsel has also attempted to contact the Assistant United States Attorney assigned to Mr. Wilson's case, George Hazel, who is in trial. Consequently, counsel has not yet heard the Government's position on this request.

WHEREFORE, Cordero Wilson requests the Court to modify his pretrial release conditions to permit release for the two above-described events.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


/s/
PAULA XINIS (Bar No. 25304)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Telephone:  (301) 344-0600
Facsimile:   (301) 344-0019
Paula_Xinis@fd.org