IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. AW-09-0396 |
| **CORDERO IVAN WILSON** | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS STATEMENTS

The Defendant, Cordero Ivan Wilson, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Paula Xinis, Assistant Federal Public Defender, hereby moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions, or confessions allegedly made by the Defendant, whether oral, written or otherwise recorded, which the Government intends to use as evidence against the Defendant at trial.  In support of this motion, the Defendant states as follows:

1.　The Defendant is charged with one count of possessing a firearm after having been convicted of a crime punishable by greater than one year imprisonment, in violation of 18 U.S.C. § 922(g).

2.　According to information provided by the Government, Mr. Wilson was interviewed by law enforcement on or about February 18 , 2009, and may have made statements to such law enforcement.

3.　Any such statements, admissions or confessions were obtained in violation of Defendant's right to due process and his privilege against self-incrimination, as guaranteed by the

Fifth Amendment to the United States Constitution and the Supreme Court's holding in *Miranda v. Arizona*, 384 U.S. 436 (1966).

WHEREFORE, the Defendant moves that all statements, admissions, or confessions which the Government proposes to use as evidence against him, whether oral, written, or otherwise recorded, be suppressed.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender
         for the District of Maryland

        _____/s/_____
        PAULA XINIS
        Assistant Federal Public Defender
        6411 Ivy Lane, Suite 710
        Greenbelt, MD 20770
        (301) 344-0600
        Fax No. (301) 344-0019
        Paula_Xinis@fd.org

## MEMORANDUM OF POINTS AND AUTHORITIES

1. U.S. Const. amend. V

2. <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966)

3. 18 U.S.C. § 3501

        _____/s/_____
        PAULA XINIS
        Assistant Federal Public Defender

## **REQUEST FOR HEARING**

Pursuant to Local Rule 105.6 of the United States Court for the District of Maryland, a hearing is requested on the Defendant's motion.

                                                                                                                       _____/s/_____
                                                                                                                       PAULA XINIS
                                                                                                                       Assistant Federal Public Defender